## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re Md. Alim Al Razi                             Case No. 16-10715(JLG)

            Debtor.                                Chapter 13

---------------------------------------------------------x

**NOTICE OF APPEAL**

      Notice is hereby given that Md. Alim Al Razi, debtor, ("Appellant") appeals under 28 U.S.C. § 158(a) from the order of Bankruptcy Referee/Judge, Hon. James L. Garrity, Jr. entered in this Chapter 13 Bankruptcy Case, dated August 30, 2016, constituting a final order, dismissing the case, for improper venue, ineligibility, and the underlying Opinion and Order thereto and from every portion thereof. The name of all parties to the judgment, Order or decree appealed from and the names, addresses, emails and telephone numbers of their respective attorneys are as follows:

*The Appellant:*

For *Md. Alim Al Razi,* the Debtor (Appellant)
c/o Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
75 Maiden Lane, Suite 506
New York, NY 10028
Tel: (212) 766-8000
karam@legalpundit.com


*The Appellees*

For *Rapid Funding NYC, LLC d/b/a Rapid Funding
and Signature Financial LLC,* the creditor (Appellee)
Raymond Cardinali, Esq.
Granoff, Walker & Forlenza, P.C.
747 Third Avenue Suite 4C
New York, NY 10017
Tel: (212) 421-2111 ext. 310
Email: rcardinali@gwf747.com

For, *Jeffrey L. Sapir*, Chapter 13 Trustee (the "Trustee" and Appelle)
Jody Kava, Esq.
399 Knollwood Road
White Plains, New York 10603
Tel. No. 914-328-6333
info@sapirch13tr.com

      Date: September 8, 2016    */s/karamvir dahiya*

                                          _____
                                          Karamvir Dahiya for the Appellant, Md. Razi